1 | Christopher J. Mertens, WSBA #13591
2 | Joel R. Comfort, WSBA #31477
  | Miller, Mertens & Spanner, PLLC
3 | 1020 North Center Parkway, Suite B
4 | Kennewick, WA 99336
  | (509) 374-4200
5 | (509) 374-4229 [fax]

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON, SOUTHERN DIVISION
## CIVIL ACTION

| | |
|---|---|
| KLICKITAT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, | NO. CV-04-3045-EFS |
| Plaintiff, | JUDGMENT AND ORDER TO PAY |
| vs. | |
| MILORA DEVELOPMENTS, a Nevada corporation; CHARLES D. MILLER, an individual; and DAVID S. MORSE, aka DUSTY MOSS, an individual | |
| Defendants | |
| RIVERVIEW COMMUNITY BANK, Account Numbers:      xxxxxx6183                         xxxxxx0672 and any other account held by the garnishee for the Defendants | |
| Garnishee Defendant | |

JUDGMENT AND ORDER TO PAY - Page 1

**MILLER, MERTENS & SPANNER, P.L.L.C.**
1020 North Center Parkway, Suite B
Kennewick, WA 99336
(509) 374-4200

## **JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | KLICKITAT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1 |
| Attorneys for Creditor: | Joel R. Comfort<br>Christopher J. Mertens<br>Miller, Mertens & Spanner, PLLC<br>1020 North Center Parkway, Suite B<br>Kennewick, WA  99336<br>(509) 374-4200 |
| Garnishment Judgment Debtor: | RIVERVIEW COMMUNITY BANK<br>700 N.E. Fourth Ave.<br>Camas, WA  98607<br>(360) 834-2231 |
| Garnishment Judgment Amount: | $115,269.48 |
| Costs Judgment Debtor: | DAVID (DANIEL) S. MORSE, aka "Dusty Moss"<br>P.O. Box 424<br>Mosier, OR  97040 |
| Costs Judgment Amount: | $279.92 |
| Judgment to Bear Interest At: | 2.85% per annum |

IT APPEARING THAT garnishee was indebted to defendant in the non-exempt amount of $115,269.48; that at the time the Writ of Garnishment was issued, defendant maintained a financial institution account with garnishee, and that plaintiff has incurred recoverable costs and attorney's fees of $279.92; NOW,

THEREFORE, it is hereby

ORDERED, ADJUDGED AND DECREED, that plaintiff is awarded judgment against garnishee defendant Riverview Community Bank in the amount of $115,269.48; that plaintiff is awarded judgment against defendant Morse in the amount of $279.92 for recoverable costs; and that garnishee defendant shall pay its judgment amount directly to plaintiff's attorney, payable to <u>Miller, Mertens & Spanner IOLTA Account</u>, and mailed to Miller, Mertens & Spanner, P.L.L.C., 1020 North Center Parkway, Suite B, Kennewick, WA 99336.  Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

DONE in open court this 5th day of July, 2005.

s/ Edward F. Shea
HONORABLE EDWARD F. SHEA
United States District Judge