UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KLICKITAT COUNTY PUBLIC HOSPITAL DISTRICT NO. 1,<br><br>        Plaintiff,<br><br>    v.<br><br>MILORA DEVELOPMENTS, a Nevada corporation; CHARLES D. MILLER, and individual; and DAVID S. MORSE, aka DUSTY MOSS, an individual,<br><br>        Defendants. | NO. CV-04-3045-EFS<br><br>**ORDER GRANTING STIPULATION TO VACATE JUDGMENT** |

THIS MATTER having come before the undersigned upon the stipulation of the foregoing parties for vacation of the amended judgment entered May 10, 2005, against Defendant David S. Morse, aka Dusty Moss, and vacation of the judgment entered February 14, 2005, against Defendant David S. Morse, aka Dusty Moss, now therefore, **it is hereby ORDERED** the Stipulation of Vacation of Amended Judgment, **(Ct. Rec. 70)**, is **GRANTED**. The amended judgment, (Ct. Rec. 54), entered May 10, 2005, against Defendant David S. Morse, aka Dusty Moss, and the judgment entered February 14, 2005, (Ct. Rec. 21), against Defendant David S. Morse, aka Dusty Moss, are hereby **VACATED**.

ORDER ~ 1

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter
2  this Order and provide copies of this Order to counsel.
3      **DATED** this ___13th___ day of September, 2005.

4

5                              S/ Edward F. Shea
                              EDWARD F. SHEA
6                         United States District Judge

7
Q:\Civil\2004\3045.stip.vacate.wpd
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ~ 2